AO 106 (Rev. 04/10) Application for a Search Warrant

RICHARD W. NAGEL CLERK OF COURT
2020 NOV -9 PM 4:43
U.S. DISTRICT COURT SOUTHERN DIST. OHIO WESTERN DIV. DAYTON

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Tracking Number 9505506670410309324005 postmarked November 4, 2020

Case No. 3:20MJ519

## APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package, 9505506670410309324005, addressed to 4032 N Main Street Apt 702 Dayton, Ohio 45405 with a return address of Tyler Blake 500 N Figueroa St Los Angeles, CA

located in the Southern District of Ohio, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector

*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: 11/09/2020

*Judge's signature*

City and state: Dayton, OH

Hon. Sharon L. Ovington, United States Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO )
) SS
COUNTY OF MONTGOMERY )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, JOSEPH ROSSITER, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

On November 9, 2020, I intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution (NDC). The Package is a Priority Mail Flat Rate Box, bearing tracking number 9505506670410309324005, postmarked November 4, 2020, with the following address information:

Sender: Tyler Blake
500 N Figueroa St
Los Angeles, CA

Addressee: 4032 N Main Street
Apt 702
Dayton, Ohio 45405

Through prior law enforcement training and experience I know that Southern California is a known drug source location. I also noticed an excessive amount of taping upon the Package.

There was no name written for the Addressee information so I was unable to perform a check in CLEAR database for the addressee's information on the Package. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information.

I also performed a check in CLEAR for the sender's information listed on the Package of "Tyler Blake 500 N Figueroa St Los Angeles, CA." According to CLEAR, there is no "Tyler Blake" associated with 500 N Figueroa St, Los Angeles, CA 90012.

On November 9, 2020, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Weston." As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance. "Weston" is a properly trained and certified narcotics-detection canine.

Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, (ii) excessive amount of taping upon the Package, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Joseph L. Rossiter
Postal Inspector

Subscribed and sworn to and before me this 9th day of November, 2020.

**Sharon L. Ovington**
**United States Magistrate Judge**



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

OFFICER AFFIDAVIT

I, Officer Jeremy Stewart, am and have been employed by the **Dayton Police Department** since 2014. Among other duties, I am currently the assigned handler of narcotics detection canine "**Weston**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On 11/9/20, at the request of Postal Inspector **ROSSITER**, I responded to the **DAYTON P&DC**, where "Weston" did alert to and indicate upon: [describe item]

9505 5066 7041 0309 3240 05

Tyler Blake

500 N Figueroa St

Los Angeles, CA

4032 N Main Street

Apt 702

Dayton, Ohio 45405

Which, based upon my training and experience and that of "**Weston**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

[signature] /28948 / 11-9-20

(Signature, Badge #, and Date)

[signature] 11/9/20

(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009